■ In the Matter of GORDON M., an Infant. LEWIS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMES L., Appellant, et al., Respondent. [722 NYS2d 450] —Order unanimously affirmed without costs. Memorandum: Respondent father appeals from an order revoking a suspended judgment in a permanent neglect proceeding, terminating his parental rights and transferring the guardianship and custody of his child to petitioner. Contrary to the contention of respondent, Family Court's finding after a hearing that he violated the conditions of the suspended judgment is supported by a preponderance of the evidence (*see, Matter of Grace Q.*, 200 AD2d 894, 895). (Appeal from Order of Lewis County Family Court, McGuire, J.— Terminate Parental Rights.) Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.